Opinion issued March 24, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01037-CR

———————————

TOM VAN,
Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the County Criminal Court at Law No. 10 

Harris County, Texas



Trial Court Cause No. 1715950

 



MEMORANDUM OPINION

Appellant, Tom Van, has filed a motion to dismiss the
appeal.  See Tex. R. App. P.
42.2(a).  We have not issued a decision
in this appeal.  The Clerk of this Court
has sent a duplicate copy to the trial court clerk. Id.

Accordingly, we dismiss the appeal.  See Tex. R. App. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Alcala and Bland.

Do not publish. 
 Tex. R. App. P. 47.2(b).